UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY BROWN,<br><br>              Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>              Defendant. | Case No. 8:17-cv-01941 JLS (DFMx)<br><br>**JUDGMENT** |

The parties, having submitted a Joint Request for Judgment, and good cause appearing, Judgment is HEREBY ENTERED in favor of plaintiff Cindy Brown and against defendant Unum Life Insurance Company of America on the First and Second Causes of Action (Recovery of Employee Benefits under 29 U.S.C. § 1132(a)(1)(B)). Plaintiff is awarded unpaid back benefits from November 18, 2016 through December 28, 2016, in the amount of $12,012.95. Determination of benefits beyond December 28, 2016 has been remanded.

This judgment does not address attorney fees and costs, which the parties represent is the subject of a settlement agreement. The Court retains jurisdiction through the date the Satisfaction of Judgment is filed.

Dated: April 19, 2019

_____
Hon. JOSEPHINE L. STATON
United States District Judge